

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Helen Butts Tipps, Sue Ethel McEachern, Estate of Flora L. Thompson, Perry Thompson, Jr., Independent Executor, Perry Thompson, Jr. and Sandra Sue Sartain, Appellants

No. 06-13-00033-CV          v.

Chinn Exploration Company, and Cherokee Royalty Syndicate, Howard P. Coghlan, Receiver, Appellees

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 2009-2036-A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED SEPTEMBER 5, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk